UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JENNIFER WHITE,
    Plaintiff

Vs.                                                                  C.A. No.: 1:22-cv-00322

WINE & SPIRITS RETAILERS, INC.,
    Defendant

## DISMISSAL STIPULATION

    The parties to the above captioned matter stipulate that all claims asserted in this matter are hereby dismissed, with prejudice, no interest and no costs.

Plaintiff,
By her attorney

_____
V. Edward Formisano, Esq. (5512)
100 Midway Place, Suite 1
Cranston, RI 02920
T: (401) 944-9691
F: (401) 944-9695
edf@formisanoandcompany.com

Defendant,
By its attorney

_____
Alison M. Plunkett (10282)
Kiernan, Plunkett & Redihan, LLP
146 Westminster Street, 5th Floor
T: (401) 831-2900
F: (401) 331-7123
amplunkett@kprlaw.com

## CERTIFICATION

I hereby certify that on the 6th day of January, 2023, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ _____